```
AR-04                                                   F7Help  F9B/Out+
Customer Open Item Inquiry          MS/              Note       F10 Link
------------------------------------------------------RSBILENT --AROPENIN -
Cust     156072 CIENA HOTEL & SUITES COTULLA  Terms C.O.D.       OPEN ITEM
Contact BOB ZACHARIAH       By Apply To#     Credit       Limit
Phone # 512-296-8999                         Avg Days   4  Bal:     25,184.65
```

| Apply to # | Document # | Tp | Doc Date | Due Date | Amount | Reference |
|---|---|---|---|---|---|---|
| 1416907 | 1416907 | I | 10/31/14 | 11/02/14 | 59,843.18 | ORD:1416871 |
| 1416907 | 211 | P | 05/07/14 | 05/07/14 | 17,785.66CR | 1412605 |
| 1416907 | 1429895 | C | 11/30/14 | 12/02/14 | .00 | ORD:1516944 |
| 1416907 | 1905 | P | 02/26/15 | 02/26/15 | 10,000.00CR | PAYMENT - Check |
| 1416907 | 1924 | P | 04/24/15 | 04/24/15 | 2,335.21CR | PAYMENT - Check |
| 1416907 | 1939 | P | 07/27/15 | 07/27/15 | 2,500.00CR | PAYMENT - Check |
| 1416907 | 1944 | P | 09/28/15 | 09/28/15 | 2,500.00CR | PAYMENT - Check |
| 1451606 | 1451606 | I | 01/14/15 | 01/16/15 | 462.34 | PO:59162 ORD:154 |

OUTSTANDING

| Future | CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 25,184.65 < |

<F1> NextPg <F2> PrevPg <F3> Customer <F5> History <F6> Options <F8> End

EXHIBIT

3

```
AR-04                                                    F7Help  F9B/Out+
Customer Open Item Inquiry          MS/             Note         F10 Link
-------------------------------------------------------RSBILENT  --AROPENIN  -
Cust     156072 CIENA HOTEL & SUITES COTULLA  Terms C.O.D.        OPEN ITEM
Contact BOB ZACHARIAH        Sequenced by:   Credit       Limit
Phone # 512-296-8999         Recent Activity  Avg Days   4  Bal:     25,184.65
```

| Apply to # | Document # | Tp | Doc Date | Due Date | Amount | Reference |
|---|---|---|---|---|---|---|
| 1438540 | 1438789 | P | 12/23/14 | 12/23/14 | 254.11CR | ORD:1526496 |
| 1438540 | 1438775 | C | 12/23/14 | 12/25/14 | .01CR | PO:59261 & 59262 |
| 1438540 | 1438540 | I | 12/19/14 | 12/21/14 | 254.12 | PO:59261 & 59262 |
| 1416865 | 1416865 | I | 10/31/14 | 11/02/14 | 1,384.48 | ORD:1421563 |
| 1416420 | 1416420 | I | 10/31/14 | 11/02/14 | 20,829.86 | ORD:1412608 |
| 1416865 | 211 | P | 05/07/14 | 05/07/14 | 1,384.48CR | 1412605 |
| 1416420 | 211 | P | 05/07/14 | 05/07/14 | 20,829.86CR | 1412605 |

PAID

```
INVC:      22,468.46  CR.M:          .01CRPYMT:     22,468.45CR
FCHG:            .00  DB.M:          .00  TOTAL            .00     <
<F1> NextPg <F2> PrevPg <F3> Customer <F5> Open <F6> Options <F8> End
```

MISSION
RESTAURANT SUPPLY

INVOICE

| Bill To: | Ship To: Phone #: 512-296-8999 |
|---|---|
| CIENA HOTEL & SUITES COTULLA | CIENA HOTEL & SUITES |
| 165 MARS DRIVE | 165 MARS DRIVE |
| COTULLA TX 78014-3193 | COTULLA TX 78014 |

| Printed | Order#/Dt | Customer# | Customer P.O. | Terms | SalesPerson |
|---|---|---|---|---|---|
| 1416420 | 1412608 | 156072 | | C.O.D. | DELIVERED |
| 10/31/14 | 05/08/14 | | | | S15 |

| QUANTITY | U/M | ITEM/DESCRIPTION | DISC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | ****** DUPLICATE COPY ****** | | | |
| 4 | EA | HOSKM320MAH<br>HOSHIZAKI MODEL KM-320MAH<br>MODULAR AIR COOLED I/M<br>115V/60/1 R404 FREON<br>Serial Numbers:<br>D06279B<br>D06280B<br>D06302B<br>D06383C | | 2099.580 | 8,398.32 |
| 4 | EA | HOSDB130H<br>PUSHBUTTON DISPENSING BIN<br>HOTEL/MOTEL DISPENSER<br>115V/60/1<br>Serial Numbers:<br>C59740F<br>D50433C<br>D50436C<br>D50437C | | 2218.51 | 8,874.04 |
| 4 | EA | STX202DSP<br>DUAL TRAVIS WATER FILTER | | 180.00 | 720.00 |
| 1 | Hrs | SO INSTALL<br>DELIVERY AND SET UP OF<br>ICE MAKERS. | | 1250.000 | 1,250.00 |

THANK YOU, WE APPRECIATE YOUR BUSINESS. BERNARD MALDONADO 210-354-0690 EXT#2012

| | |
|---|---|
| Subtotal | 19,242.36 |
| Sales Tax | 1,587.50 |
| Total Due | 20,829.86 |

THANK YOU, WE APPRECIATE YOUR BUSINESS!!!
REMIT TO: P.O. BOX 10310, SAN ANTONIO, TX 78210

San Antonio * Austin * Corpus Christi * McAllen * Fort Worth * Dallas

MISSION RESTAURANT SUPPLY

I N V O I C E

Bill To:
CIENA HOTEL & SUITES COTULLA
165 MARS DRIVE
COTULLA TX 78014-3193

Ship To: Phone #: 512-296-8999
CIENA HOTEL & SUITES
165 MARS DRIVE
COTULLA TX 78014

| Printed | Order#/Dt | Customer# | Customer P.O. | Terms | SalesPerson |
|---|---|---|---|---|---|
| 1416907 | 1416871 | 156072 | | C.O.D. | DELIVERED |
| 10/31/14 | 05/08/14 | | | | S15 |

| QUANTITY | U/M | ITEM/DESCRIPTION | DISC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | ****** DUPLICATE COPY ****** | | | |
| 1 | EA | TSBB0156<br>FAUCET ADDON 12IN SWING NOZZLE<br>FOR PRE-RINSE UNIT<br>6EA/MASTER CASE | | 85.00 | 85.00 |
| 1 | EA | TSBB0231<br>FAUCET 8 IN CENTER WALL MOUNT<br>W/12 IN SWIVEL SPOUT FOR STND<br>6EA/MASTER CASE | | 125.00 | 125.00 |
| 1 | EA | TSBB0230K<br>INSTALLATION KIT 1/2 IN NPT<br>NIPPLE LOCK NUT AND WASHER<br>1EA/PACK | | 31.00 | 31.00 |
| 1 | EA | MARSTD2361UAOB<br>## AIR CURTAIN 36 IN LONG<br>115V UNHEATED OBSIDIAN BLACK<br>POWDER COATED CABINET | | 539.00 | 539.00 |
| 1 | EA | MAR99014<br>## LEVEL 1 CONTROL PACKAGE<br>COMBINATIN PLUNGER/ROLLER DOOR<br>LIMIT SWITCH INSTANT ON/OFF | | 56.00 | 56.00 |
| 1 | EA | MTMT2436B<br>WORKTABLE S/S 24X36 IN 16GA<br>GALV UNDERSHELF | | 190.00 | 190.00 |
| 2 | EA | MTMT3072B<br>WORKTABLE S/S 30X72 IN 16GA<br>GALV UNDERSHELF | | 240.00 | 480.00 |
| 2 | SET | CASWT4SET<br>CASTERS SET 2-SWIVEL 2-LOCKING<br>3-1/2 IN FOR WORKTABLES | | 72.00 | 144.00 |
| 1 | EA | MTMT3048B<br>WORKTABLE S/S 30X48 IN 16GA<br>GALV UNDERSHELF | | 199.00 | 199.00 |
| 2 | EA | PANNE1054F | | 225.00 | 450.00 |

(Continued on Page 2)



I N V O I C E

Bill To:
CIENA HOTEL & SUITES COTULLA
165 MARS DRIVE
COTULLA TX 78014-3193

Ship To: Phone #: 512-296-8999
CIENA HOTEL & SUITES
165 MARS DRIVE
COTULLA TX 78014

| Printed | Order#/Dt | Customer# | Customer P.O. | Terms | SalesPerson |
|---|---|---|---|---|---|
| 1416907 | 1416871 | 156072 | | C.O.D. | DELIVERED |
| 10/31/14 | 05/08/14 | | | | S15 |

| QUANTITY | U/M | ITEM/DESCRIPTION | DISC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | (Page 2)<br>MICROWAVE 1000 WATT COMPACT<br>10 PROGRAMABLE KEY PADS 6 POWR LEVELS<br>Serial Numbers:<br>6H54071614<br>6H54071616 | | | |
| 1 | EA | HOSCR3BFS<br>HOSHIZAKI MODEL CR3B-FS<br>3 DOOR REFRIGERATOR 404 FREON<br>COMMERCIAL SERIES<br>Serial Numbers:<br>B60108F | | 4815.000 | 4,815.00 |
| 1 | EA | HOSHS3726<br>HOSHIZAKI CF1A-FS<br>LEFT TO RIGHT DOOR REVERSAL<br>REVERSAL KIT | | 45.000 | 45.00 |
| 1 | EA | HOSCF2BFS<br>HOSHIZAKI MODEL CF2B-FS<br>2 DOOR FREEZER<br>COMMERCIAL SERIES<br>Serial Numbers:<br>C52364M | | 3486.000 | 3,486.00 |
| 1 | EA | MMF3CMPSINK<br>## CUSTOM 3-COMPARTMENT SINK<br>W/END SPLASHES AS PER QUOTE | | 5470.00 | 5,470.00 |
| 1 | EA | TSBB0133B<br>PRE-RINSE UNIT WITH WALLBRACKT<br>W/8 INCH WALL MOUNT FAUCET<br>6EA/MASTER CASE | | 225.00 | 225.00 |
| 1 | EA | SOUS36D1GLNG<br>## RANGE RESTAURANT (4) OPEN<br>BURNERS (1) 12 IN<br>GRIDDLE NATURAL GAS<br>Serial Numbers: | | 2461.00 | 2,461.00 |

(Continued on Page 3)

MISSION
RESTAURANT SUPPLY

# I N V O I C E

Bill To:
CIENA HOTEL & SUITES COTULLA
165 MARS DRIVE
COTULLA TX 78014-3193

Ship To: Phone #: 512-296-8999
CIENA HOTEL & SUITES
165 MARS DRIVE
COTULLA TX 78014

| Printed | Order#/Dt | Customer# | Customer P.O. | Terms | SalesPerson |
|---|---|---|---|---|---|
| 1416907 | 1416871 | 156072 | | C.O.D. | DELIVERED |
| 10/31/14 | 05/08/14 | | | | S15 |

| QUANTITY | U/M | ITEM/DESCRIPTION | DISC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | (Page 3) | | | |
| | | 14E89732 | | | |
| 1 | SET | SOUCASTERS | | 206.00 | 206.00 |
| | | ## CASTERS 2 LOCKING 2 STD | | | |
| | | IN LIEU OF LEGS | | | |
| 1 | EA | DOR1675KIT48 | | 155.00 | 155.00 |
| | | CONNECTOR GAS KIT 3/4 X 48 | | | |
| | | FOR MOVEABLE EQUIPMENT | | | |
| 1 | EA | CMA180UC | | 3838.38 | 3,838.38 |
| | | ## DISHWASHER UNDERCOUNTER | | | |
| | | 208-240V/1-PH HIGHTEMP BUILTIN | | | |
| | | 6KW/70 RISE BOOSTER HEATER | | | |
| | | Serial Numbers: | | | |
| | | 217820 | | | |
| 1 | EA | CMA1458500 | | 447.00 | 447.00 |
| | | ## DETERGENT AND RINSE PUMP | | | |
| | | (FACTORY INSTALLED ONLY) | | | |
| 2 | EA | WARWW180 | | 305.00 | 610.00 |
| | | BELGIAN WAFFLE MAKER SINGLE | | | |
| | | UP TO 25-1.25 INC THICK PER | | | |
| | | HOUR 120V/60/1PH3 | | | |
| 1 | EA | FEDLPRSS4 | | 6354.00 | 6,354.00 |
| | | ## DISPLAY CASE REFRIGERATED | | | |
| | | SELF-SERVE 120/1PH LOW PROFILE | | | |
| | | 1/3 HP | | | |
| | | Serial Numbers: | | | |
| | | 14061782687 | | | |
| 1 | EA | FEDCGD3642 | | 6761.00 | 6,761.00 |
| | | ## DISPLAY CASE CURVED BAKERY | | | |
| | | 36"L X 35"W GLASS FRONT | | | |
| | | 120V/60/1 | | | |
| | | Serial Numbers: | | | |
| | | 14061782688 | | | |
| 1 | EA | WARWCT702 | | 99.00 | 99.00 |
| | | TOASTER COMMERCIAL 2-SLICE | | | |

(Continued on Page 4)

MISSION RESTAURANT SUPPLY

I N V O I C E

Bill To:
CIENA HOTEL & SUITES COTULLA
165 MARS DRIVE
COTULLA TX 78014-3193

Ship To: Phone #: 512-296-8999
CIENA HOTEL & SUITES
165 MARS DRIVE
COTULLA TX 78014

| Printed | Order#/Dt | Customer# | Customer P.O. | Terms | SalesPerson |
|---|---|---|---|---|---|
| 1416907 | 1416871 | 156072 | | C.O.D. | DELIVERED |
| 10/31/14 | 05/08/14 | | | | S15 |

| QUANTITY | U/M | ITEM/DESCRIPTION | DISC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | (Page 4) | | | |
| | | 120VOLT | | | |
| 1 | EA | APWW3VI<br>WARMER 12 X 20 DRY/WET 1200W<br>120V 10 AMPS<br>Serial Numbers:<br>8139414071019 | | 135.00 | 135.00 |
| 1 | EA | APWXTRM1<br>## TOASTER CONVEYOR ELEC XPRES<br>COUNTERTOP 1-1/2 X 10 IN OPNG<br>SS FRONT TOP SIDES 208V/1PH<br>Serial Numbers:<br>800021404009 | | 659.00 | 659.00 |
| 4 | EA | TBL69<br>## DISPENSER CEREAL 50 OZ<br>13-1/2" X 10" X 27" POLY<br>CARBONAGTE AND STAINLESS STEEL | | 149.00 | 596.00 |
| 1 | EA | ISELC50<br>## DISPOSER COMMERCIAL LIGHT<br>FITS STD 3-1/2 - 4 IN SINK<br>OPENING INCL MNTNG HARDWR 120V | | 568.00 | 568.00 |
| 1 | EA | LIN13011353<br>## OVEN COUNTERTOP IMPINGER<br>SINGLE DECK W/STNRD 31"CONVEYR<br>208V,24AMP,1PH<br>Serial Numbers:<br>1405230000131 | | 4694.00 | 4,694.00 |
| 1 | EA | LIN4805<br>## STAND WITH BOTTEM SHELF AND<br>CASTERS FOR SINGLE STACK OVEN | | 977.00 | 977.00 |
| 1 | EA | HATGRSB48F<br>## HEATED DROP IN SHELF 120V<br>W RECESSED TOP 49-1/2" X 17"<br>THERM CONTROL W/LIGHTED SWITCH<br>Serial Numbers: | | 868.000 | 868.00 |

(Continued on Page 5)

MISSION RESTAURANT SUPPLY

INVOICE

Bill To:
CIENA HOTEL & SUITES COTULLA
165 MARS DRIVE
COTULLA TX 78014-3193

Ship To: Phone #: 512-296-8999
CIENA HOTEL & SUITES
165 MARS DRIVE
COTULLA TX 78014

| Printed | Order#/Dt | Customer# | Customer P.O. | Terms | SalesPerson |
|---|---|---|---|---|---|
| 1416907 | 1416871 | 156072 | | C.O.D. | DELIVERED |
| 10/31/14 | 05/08/14 | | | | S15 |

| QUANTITY | U/M | ITEM/DESCRIPTION | DISC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | (Page 5) | | | |
| | | 4962511420 | | | |
| 1 | EA | RND9828SCA | | 2778.00 | 2,778.00 |
| | | ## FROST TOP DROP-IN REFRIG | | | |
| | | 30L S/S TOP W/THERM CONTROL | | | |
| | | 1/4 HP 115V | | | |
| | | Serial Numbers: | | | |
| | | W275191-1-1 | | | |
| | EA | MISC | | | 78.00 |
| | | CW5 COMPRESSOR 5 YEAR WARRANTY | | | |
| | EA | MISC | | | 224.00 |
| | | LW2 LABOR WARRANTY 2 YEARS | | | |
| 1 | EA | RNDDISWTRCK | | 236.00 | 236.00 |
| | | ## REMOTE ON/OFF SWITCH | | | |
| | | 8 CORD PLUG / RECEPTACLE | | | |
| | | NEMA 5-15 | | | |
| 1 | EA | RNDDIDIMMOD98 | | 436.00 | 436.00 |
| | | ## DIMENSION MODIFICATION | | | |
| | | 9800 SERIES DICP | | | |
| 1 | EA | RND9828SCA | | 2778.00 | 2,778.00 |
| | | ## FROST TOP DROP-IN REFRIG | | | |
| | | 30L S/S TOP W/THERM CONTROL | | | |
| | | 1/4 HP 115V | | | |
| | | Serial Numbers: | | | |
| | | W275190-1-1 | | | |
| | EA | MISC | | | 78.00 |
| | | CW5 5 YEAR COMMPRESSOR | | | |
| | | WARRANTY | | | |
| | EA | MISC | | | 224.00 |
| | | LW2 2 YEAR LABOR WARRANTY | | | |
| 1 | EA | RNDDIDIMMOD98 | | 432.00 | 432.00 |
| | | ## DIMENSION MODIFICATION | | | |
| | | 9800 SERIES DICP | | | |
| 1 | Hrs | SO INSTALL | | 2250.000 | 2,250.00 |
| | | DELIVER, UNCRATE AND SET IN | | | |
| | | (Continued on Page 6) | | | |

MISSION
RESTAURANT SUPPLY

INVOICE

Bill To:
CIENA HOTEL & SUITES COTULLA
165 MARS DRIVE
COTULLA TX 78014-3193

Ship To: Phone #: 512-296-8999
CIENA HOTEL & SUITES
165 MARS DRIVE
COTULLA TX 78014

| Printed | Order#/Dt | Customer# | Customer P.O. | Terms | SalesPerson |
|---|---|---|---|---|---|
| 1416907 | 1416871 | 156072 | | C.O.D. | DELIVERED |
| 10/31/14 | 05/08/14 | | | | S15 |

| QUANTITY | U/M | ITEM/DESCRIPTION | DISC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | (Page 6) | | | |
| | | PLACE ALL EQUIPMENT. ASSEMBLE TABLES, SHEVLING. INSTALL 4EA ICE MAKERS AND START UP UNITS (ALL ELECTRICAL, PLUMBING, DRAINS BY OTHERS.) | | | |
| | | THANK YOU, WE APPRECIATE YOUR BUSINESS. BERNARD MALDONADO 210-354-0690 EXT #2012 | | | |
| | | Subtotal | | | 55,282.38 |
| | | Sales Tax | | | 4,560.80 |
| | | Total Due | | | 59,843.18 |

THANK YOU, WE APPRECIATE YOUR BUSINESS!!!
REMIT TO: P.O. BOX 10310, SAN ANTONIO, TX 78210

San Antonio * Austin * Corpus Christi * McAllen * Fort Worth * Dallas